UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JESSICA LYNN JOHNSON** <br> Plaintiff, | Case No.: 3:25−cv−00181−SB |
| v. | **ORDER GRANTING APPLICATION FOR CM/ECF REGISTRATION** |
| **CHASE ROSS, et al.** <br> Defendant. | |

Pursuant to the request of Plaintiff Jessica Lynn Johnson, proceeding as a self−represented party in this matter, and the Court having reviewed the application and consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E),

**IT IS HEREBY ORDERED** that, pursuant to Local Rule (LR) 5−1(a), Plaintiff is granted permission to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system.

Plaintiff is directed to use a PACER account (www.pacer.gov) to submit an e−filing registration request to the District of Oregon to complete this process. **No action can be taken by the Court on this order until this step is completed.** *See* ord.uscourts.gov/prosefiler for instructions. The above−captioned case will be updated to allow e−filing within one business day of the receipt of the e−filing registration request.

**IT IS FURTHER ORDERED** that Plaintiff Jessica Lynn Johnson is not to have filing access to any cases except those to which Plaintiff Jessica Lynn Johnson is a party.

The Court notes the continuing responsibility of Registered Users to notify the Clerk's Office of any e−mail address, mailing address, and/or telephone number changes. Pursuant to LR 83−10, a notice of a change of mailing and/or e−mail address must be filed in pleading form and served on all parties to this case, and the PACER user account must be updated.

Furthermore, the Court reminds Plaintiff that all submissions are to be filed in compliance with the Federal Rules of Procedure, Local Rules, and the policies and procedures of this Court. Use of the CM/ECF system as a Registered User to file and receive notices electronically is a privilege that may be revoked at any time by the Court if the user is found to be abusing this privilege by submitting frivolous or erroneous filings.

**DATED** this 10th day of February, 2025        /s/Stacie F. Beckerman

Honorable Stacie F. Beckerman
United States Magistrate Judge.