Amanda J. Rockett, OSB No. 052401
arockett@wshblaw.com
Wood, Smith, Henning & Berman LLP
12755 SW 69th Avenue, Suite 100
Portland, Oregon 97223
Telephone: 971.256.4010
Facsimile: 971.275.1928

*Attorneys for Tillamook City Police Department, Officer Neubauer and Officer Saddler*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA LYNN JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>CORPORAL CHASE ROSS,<br>Tillamook County Sheriff's Department,<br>Tillamook City Police Department<br><br>       Defendants. | Case No. 3:25-cv-00181-SB<br><br>**STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANTS TILLAMOOK POLICE DEPARTMENT, OFFICER NEUBAUER AND OFFICER SADDLER ONLY AND ORDER** |

      Plaintiff, Jessica Lynn Johnson, appearing *pro* se in this matter and Defendants City of Tillamook Police Department, Officer Neubauer, and Officer Saddler, by and through their Counsel, Amanda Rockett, jointly stipulate and hereby move the Court to dismiss without prejudice City of Tillamook Police Department, Officer Neubauer, and Officer Saddler only from this case, with each Party to bear its own fees and costs.

Based on such stipulation, it is

**ORDERED** that Defendants City of Tillamook Police Department, Officer Neubauer, and Officer Saddler are dismissed without prejudice and without costs or attorney fees to any party.

DATED: April 29, 2025

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

**IT IS SO STIPULATED:**

Dated: April 28, 2025

| **Jessica Lynn Johnson, *Pro Se* Plaintiff** | **Wood Smith Henning & Berman, LLP** |
|---|---|
| _s/ Jessica L. Johnson_ | _s/Amanda J. Rockett_ |
| Jessica Lynn Johnson | By: Amanda J. Rockett, OSB # 052401 |
| 3800 12th St. Apt. G254 | *Of Attorneys for Defendants City of* |
| Tillamook, OR 97141 | *Tillamook Police Department, Officer* |
| P: (541)921-2650 | *Neubauer, and Officer Saddler* |
| jljohnson7913@gmail.com | |