FILED 03 SEP '25 11:42 USDC-ORP

# United States District Court
## District of Oregon – Portland Division

**Jessica Lynn Johnson**,
Plaintiff,

v.

**Corporal Chase Ross, Tillamook County Sheriff's Department**,
Defendants.

Case No. 3:25-cv-00181-SB

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff respectfully moves this Court for a protective order relieving Plaintiff of any obligation to respond to Defendants' discovery requests served on August 28, 2025.

The Court's Scheduling Order required that all fact discovery be completed by August 29, 2025. Defendants served their interrogatories, requests for production, and requests for admission only one day before the deadline. Because responses are not due until 30 days after service, Plaintiff's responses would necessarily fall outside the discovery period.

Requiring responses would contravene the Court's scheduling order, prejudice Plaintiff, and reward Defendants' untimely service.

WHEREFORE, Plaintiff respectfully requests that the Court issue a protective order declaring Defendants' August 28, 2025 discovery requests untimely and relieving Plaintiff of any obligation to respond.

Dated: August 30, 2025

Respectfully submitted,

*Jessica Lynn Johnson*
Jessica Lynn Johnson
Plaintiff, Pro Se
3800 12th St Apt #G254
Tillamook, OR 97141
(541) 921-2650
jljohnson7913@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2025, I served the foregoing PLAINTIFF'S OBJECTION TO DEFENDANTS' UNTIMELY DISCOVERY REQUESTS and PLAINTIFF'S MOTION FOR PROTECTIVE ORDER on the following counsel for Defendants by first-class mail, postage prepaid, and by email pursuant to agreement of the parties:

**Lauren Nweze**
Wood Smith Henning & Berman LLP
12755 SW 69th Ave, Suite 100
Portland, OR 97223
Phone: (971) 256-4028
Email: lnweze@wshblaw.com

DATED: August 30, 2025

*[signature]*
Jessica Lynn Johnson
Plaintiff, Pro Se
3800 12th St Apt #G254
Tillamook, OR 97141
(541) 921-2650
jljohnson7913@gmail.com