# DECLARATION OF JESSICA LYNN JOHNSON

I, Jessica Lynn Johnson, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1. I am the Plaintiff in this action and make this declaration based on my personal knowledge.

2. The prosecutor called Devin Hyde to testify at my criminal trial. To the prosecutor's surprise, Mr. Hyde testified that Sebastian McCormick, my son, was the person who parked the Subaru in front of the U-Haul truck. Mr. Hyde also testified that he had never seen me drive the Subaru (despite our seven-year relationship).

3. Mr. Hyde's testimony caught the prosecutor by surprise because it completely contradicted Defendant Ross's probable cause declaration regarding the vehicle. I noticed that the prosecutor could not impeach Mr. Hyde's truthful testimony with the BWC video, since there was nothing in the video to impeach him with. In fact, the BWC shows Mr. Cole described to Defendant Ross that it was a "guy" who moved the Subaru in front of the U-Haul truck.

4. After Mr. Hyde testified in the prosecutor's case-in-chief, the prosecutor called Defendant Ross. On cross-examination, Defendant Ross admitted he did not see Ms. Johnson driving the Subaru or verify that she had parked the Subaru in front of the U-Haul truck before arresting her.

5. I spoke with a woman from U-Haul in Gresham, Oregon at approximately 4:30 pm on July 31st, 2025, about extending the rental for another day. She told me to go online and make my payment. I paid the balance of $111.90 so the rental was now due 8-2-2024 at 12:00am. I was informed there would only be a $20-dollar late fee if the vehicle was returned after hours.

6. On August 2, 2024, Alex Cole called my cell phone from my Dad's driveway at 11:33am. I walked outside just as he hung up the phone.

7. I tried to explain to Alex and show him that I had paid for the H-Haul in full on August 1st 2024 per my payment receipts but he kept arguing with me telling me my contract was expired.

8. I drafted and filed my summary judgment motion in this case. *See* ECF 55. I have personal knowledge that the following facts which appear in my Statement of Undisputed Material

Facts at ECF 55 at pp.4 are true and correct. (*See e.g.*, Fact Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 ,14,15, 16, 17, 18, 19, 20, 21, 22, 23 ,24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 45, 46, 48, 49, 51).

9. I told Officer Ross that the Subaru was not mine and that I can't move it, it was my sons car, he was told more than once that I couldn't move it. I never told my son Sebastian to put his car in front of the U-Haul nor to let the air out of the tires.

10. Never once did Ross tell my son, Sebastian, or Devin to move the car otherwise it was gong be towed, instead I was threatened with arrest if I didn't move a car that I had no control of. I wasn't interfering with anyone doing their job.

I have screen shots of my call logs if the court should need me to furnish them.

Dated this 12th day of January, 2026

Respectfully submitted,

*Jessica Johnson*
Jessica Lynn Johnson